# Driscoll v. The State.

APPEAL from the Judge of Circuit Court of Montgomery County.

Heard before the Hon. JOHN G. WINTER.

PEARSON & RICHARDSON, for appellant.

MASSEY WILSON, Attorney-General, and S. H. DENT, JR., for the State.

The appeal in this case was taken from an order of the judge of the circuit court of Montgomery county in a *habeas corpus* proceeding.

The appeal was abated.

Opinion PER CURIAM.

---

# Bolt v. The State.

APPEAL from the Circuit Court of Clay.
Tried before the Hon. JOHN PELHAM.

D. H. RIDDLE, for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant in this case was indicted, tried and convicted of an assault with intent to murder, and sentenced to imprisonment in the penitentiary for four years.

The judgment of conviction is affirmed.